# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Joseph A Lucero | No. 19-CV-01821 |
| Plaintiff, | |
| Allegiant Receivables Solutions, Inc. | Answer |
| Defendant | |

COMES NOW the Defendant, Allegiant Receivables Solutions, Inc. ("Allegiant" or "Defendant"), by and through the undersigned, its counsel, and here Answers the Complaint as follows:

**ANSWER**

1. Paragraph 1 does not call for admission or denial from Defendant.

2. Paragraph 2 does not call for admission or denial from Defendant.

3. Defendant admits the allegations of paragraph 3.

4. Defendant admits the allegations of paragraph 4.

5. Defendant admits the allegations of paragraph 5.

6. Defendant admits the allegations of paragraph 6.

7. Defendant admits the allegations of paragraph 7.

8. Defendant admits the allegations of paragraph 8.

9. Paragraph 9 does not call for admission or denial from Defendant.

10. Defendant has insufficient information upon which to admit or deny the allegations of paragraph 10, and therefor denies them.

11. Defendant admits a call with Plaintiff wherein payment on specific accounts was discussed, but denies that Plaintiff initiated such call and denies the remaining allegations of paragraph 11.

12. Defendant denies the allegations of paragraph 12.

13. Defendant admits the allegations of paragraph 13 except as to the characterization of such call as protracted.

14. Defendant admits the allegations of paragraph 14.

15. Defendant has insufficient information upon which to admit or deny the allegations of paragraph 15, and therefor denies them.

16. Defendant admits that its predecessor was dissolved in 2016, but denies that Defendant was dissolved.

17. Defendant has insufficient information upon which to admit or deny the allegations of paragraph 17, and therefor denies them.

18. Defendant denies the allegations of paragraph 18.

19. Defendant denies the allegations of paragraph 19.

20. Defendant denies the allegations of paragraph 20.

21. The allegations of paragraph 21 do not call for admission or denial.

22. Defendant admits the allegations of paragraph 22.

23. Defendant admits the allegations of paragraph 23.

24. Defendant admits the allegations of paragraph 25.

25. Defendant admits the allegations of paragraph 27.

26. Paragraph 26 does not call for admission or denial from Defendant.

27. Paragraph 27 does not call for admission or denial from Defendant.

28. Defendant denies the allegations of paragraph 28.

29. Paragraph 29 does not call for admission or denial from Defendant.

30. Defendant denies the allegations of paragraph 30.

## AFFIRMATIVE DEFENSES

1. Any violation of the Fair Debt Collection Practices Act was unintentional and resulted from a *bona fide* error within the meaning of 15 USC § 1692k.

Respectfully submitted this July 22, 2019.

                ***/s/ Alan Greenberg***
                ***/s/ Makyla Moody***
                Alan Greenberg, Esq.
                Makyla Moody, Esq.
                Attorney for Plaintiff
                770 W. Hampden Ave., Suite 227
                Englewood, CO  80110
                (303) 781-3529
                Attorney for Credit Service Co.
                alan@greenberglegal.com
                makyla@greenberglegal.com

## CERTIFICATE OF ELECTRONIC SERVICE

I certify that a true and correct copy of the foregoing document was transmitted this July 22, 2019 via ECF in conformity with local rules of the US District Court for the District of Colorado, for service to:

Nathan Volheim
Taxiarchis Hatzidimitriadis
SULAIMAN LAW GROUP, LTD
nvolheim@sulaimanlaw.com
thatz@sulaimanlaw.com

                ***/s/ Alan Greenberg***
                ***Original duly signed and retained***