IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | FTR - Reporter Deck - Courtroom A-401 |
| Date: October 9, 2019 | Alfred A. Arraj United States Courthouse |

Civil Action No. 19-cv-01821-KLM

*Parties*:  *Counsel*:

JOSEPH A. LUCERO,  Nathan C. Volheim

    Plaintiff,

v.

ALLEGIANT RECEIVABLES SOLUTIONS,  Alan Greenberg
INC.,

    Defendant.

**COURTROOM MINUTES**

**RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:   11:16 a.m.**

Court calls case.  Appearances of counsel.  Mr. Volheim appears telephonically.

**ORDERED:**  A stipulated proposed 502(d) order shall be filed **no later than October 16, 2019.**

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**
Deadline for Joinder of Parties/Amendment of Pleadings: **November 27, 2019.**

Discovery Cut-off: **April 13, 2020.**

Dispositive Motions Deadline: **May 12, 2020.**

Parties shall designate affirmative experts **on or before January 15, 2020.**

Parties shall designate rebuttal experts **on or before January 22, 2020.**

Each party shall be limited to **two (2)** expert witnesses, absent further leave of Court.

Each side shall be limited to **two (2)** depositions, **fifteen (15)** interrogatories, **fifteen (15)** requests for production and **fifteen (15)** requests for admissions, absent further leave of Court.

**Counsel shall call the Court by joint conference call for hearings regarding unresolved discovery disputes prior to filing any discovery motions.**

No **STATUS CONFERENCE** is set at this time. If the Court determines one is necessary, one will be set by Minute Order. The parties may request a status conference by contacting Chambers (303) 335-2770, preferably as a joint conference call, and request that one be set.

Counsel and the parties must notify chambers (303-335-2770) at least **3 business days in advance** of any hearing requiring presentation of documentary evidence, so that the courtroom can be equipped with the appropriate electronic technology.

**FINAL PRETRIAL/TRIAL PREPARATION AND JURY INSTRUCTIONS CONFERENCE** is set for **Friday, February 12, 2021, at 1:30 p.m.**, in Courtroom A-401 before Magistrate Judge Kristen L. Mix. Final Pretrial Order is due **no later than seven (7) days** before the Final Pretrial Conference. (See the court's website www.cod.uscourts.gov for Instructions for Preparation and Submission).  In accordance with FED.R.Civ.P. 16(d), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

**TWO DAY JURY TRIAL** is set to commence on **Monday, February 22, 2021, at 9:00 a.m.**, in Courtroom A-401 before Magistrate Judge Kristen L. Mix.

Court discusses Magistrate Judge Mix's "Requirements of Practice" with counsel.

- Scheduling Order is signed and entered with interlineations on October 9, 2019.

HEARING CONCLUDED.
**Court in recess:     11:28 a.m.**
Total Time:     00:12


To order transcripts of hearings, please contact either AB Court Reporting & Video, Inc. at (303) 629-8534 or Patterson Transcription Company at (303) 755-4536.